Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

FILED IN U.S. DISTRICT COURT
DISTRICT OF UTAH

OCT 06 2025

GARY P. SEDAR
CLERK OF COURT

BY _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT

for the

5th District of Utah

10th Div·····

Isaac Ryan Halstead

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

State of Utah, "see attached"

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case: 4:25-cv-00115
Assigned To : Allen, Ann Marie McIff
Assign. Date : 10/6/2025
Description: Halstead v Bell et al

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

(Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## I.    The Parties to This Complaint

### A.    The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name            Isaac Ryan Halstead

All other names by which
you have been known:    NA

ID Number       259037 CUCF , 853315 Purgatory C.F.

Current Institution    Purgatory Correctional Facility

Address         750 S. 5300 W.

Hurricane      Utah      84737-5702
  *City*          *State*        *Zip Code*

### B.    The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title *(if known)* and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name                    Matthew L. Bell

Job or Title *(if known)*    Judge at 5th District, Iron County

Shield Number           ???

Employer                State of Utah, 5th District Court

Address                 40 N. 100 E.

Cedar City      Utah      84720
  *City*          *State*        *Zip Code*

[✓] Individual capacity   [✓] Official capacity

Defendant No. 2

Name                    David Hill

Job or Title *(if known)*    Prosecter at 5th District, Iron County

Shield Number           NA

Employer                State of Utah, Iron County

Address                 40 N. 100 E.

Cedar City      Utah      84720
  *City*          *State*        *Zip Code*

[✓] Individual capacity   [✓] Official capacity

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

Defendant No. 3
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

Officer Hill
Police officer
1. Unknown
State of Utah, Cedar City
    Cedar City P.D., 10 N. Main Street
Cedar City    Utah    84720
    *City*    *State*    *Zip Code*

[✓] Individual capacity    [✓] Official capacity

Defendant No. 4
    Name
    Job or Title *(if known)*
    Shield Number
    Employer
    Address

State of Utah / Cedar Sheriffs' Department
    Sheriff Name Unknown / Misdemeanors
Unknow in need of Audit, Iron County Jail
State of Utah / Iron County Jail
2132 N. Main Street
Cedar City    Utah    84721
    *City*    *State*    *Zip Code*

[✓] Individual capacity    [✓] Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A.    Are you bringing suit against *(check all that apply)*:

    [ ] Federal officials (a *Bivens* claim)

    [✓] State or local officials (a § 1983 claim)

B.    Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Due process, Right to Attorney, I was assaulted & Miranda.

C.    Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## NA

D.    Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

## See Attached Pages.

## III. Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

- ☐ Pretrial detainee
- ☐ Civilly committed detainee
- ☐ Immigration detainee
- ☑ Convicted and sentenced state prisoner
- ☐ Convicted and sentenced federal prisoner
- ☐ Other *(explain)* _____

## IV. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.    If the events giving rise to your claim arose outside an institution, describe where and when they arose.

Iron County Jail, C.U.C.F & Purgatory C.F. assisted in duress; See attached.

B.    If the events giving rise to your claim arose in an institution, describe where and when they arose.

My first time down in Iron County Jail, I was assaulted; See attached.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

C.     What date and approximate time did the events giving rise to your claim(s) occur?

See AHached; Documented at Iron County Jail.

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was punched in face, heart and Kneed in genitals on multiple; See AHached.

V.     Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

I have early onset arthritis and prostate problems.

VI.     Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

10 million plus in damages, exsponge record, Injunctions "stepping Stones"; See attached.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## VII.  Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.  Your case may be dismissed if you have not exhausted your administrative remedies.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

☑ Yes

☐ No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Iron County Jail, CUCF & Purgatory Correctional Facility

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

☑ Yes

☐ No

☐ Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

☑ Yes

☐ No

☐ Do not know

If yes, which claim(s)?

All of them, so many in need of thorough Audit of All 3.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

D.    Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

☑ Yes

☐ No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Iron County Jail "Disciplinary Appeals", C.U.C.F & Purgatory C.F.

2.    What did you claim in your grievance?

An Assault conducted on me, other Misconduct Claims.

3.    What was the result, if any?

They went ignored minimized, non-taken.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

There are several grievances, some completed; See Attached.

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

F.    If you did not file a grievance:

1.    If there are any reasons why you did not file a grievance, state them here:



2.    If you did not file a grievance but you did inform officials of your claim, state who you informed,
when and how, and their response, if any:



G.    Please set forth any additional information that is relevant to the exhaustion of your administrative
remedies.

They "The government of Utah" cover up and aim to extort me.

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your
administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying
the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility,
brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous,
malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent
danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

☐ Yes

 No

If yes, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.



Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐ Yes

☑ No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s) _____ NA _____ NA

Defendant(s) _____ NA _____

2.    Court *(if federal court, name the district; if state court, name the county and State)*

_____ NA _____

3.    Docket or index number

_____ NA _____

4.    Name of Judge assigned to your case

_____ NA _____

5.    Approximate date of filing lawsuit

_____ NA _____

6.    Is the case still pending?

☐ Yes

☑ No

If no, give the approximate date of disposition.    NA _____

7.    What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

_____ NA _____

C.    Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

☑ Yes

☐ No

D.      If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below.  *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.      Parties to the previous lawsuit
        Plaintiff(s)    ~~State of Utah~~ Isaac Halstead
        Defendant(s)    ~~Isaac Halstead~~ State of Utah

2.      Court *(if federal court, name the district; if state court, name the county and State)*

        U.S. District Court, District of Utah (Southern Region)

3.      Docket or index number
        4:25-CV-00082-DN

4.      Name of Judge assigned to your case
        Judge David Nuffer

5.      Approximate date of filing lawsuit
        06/30/2025

6.      Is the case still pending?

        ☑ Yes

        ☐ No

        If no, give the approximate date of disposition    NA

7.      What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

        NA / 530 Habeas Corpus

Pro Se 14 (Rev. 12/16) Complaint for Violation of Civil Rights (Prisoner)

## IX.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:     09/25/2025

Signature of Plaintiff     _Isaac Halstead_

Printed Name of Plaintiff     Isaac Ryan Halstead

Prison Identification #     259037, 853315 at current location...

Prison Address     Central Utah Correctional Facility; P.O. Box 550

Gunnison          Utah          84634
*City*               *State*          *Zip Code*

### B.     For Attorneys

Date of signing:     _____

Signature of Attorney     _____

Printed Name of Attorney     _____

Bar Number     _____

Name of Law Firm     _____

Address     _____

          _____
          *City*               *State*          *Zip Code*

Telephone Number     _____

E-mail Address     _____